CAUSE NO. 13-13-00605-CR

GERALD DEE BELL &ast; IN THE THIRTEENTH

V. &ast; DISTRICT COURT OF APPEALS

THE STATE OF TEXAS &ast; APPEAL TEXAS

FILED
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI
DORIAN E. RAMIREZ, CLERK
BY scholloway

PRO SE MOTION TO REINSTATE APPEAL
ANDERS BRIEF RESPONSE

TO THE HONORABLE COURT OF APPEALS:

Comes now the appellant in the above styled and numbered cause and respectfully moves this Honorable Court to reinstate appellant's first appeal of right. In support thereof the appellant will show the following:

1. Court appointed counsel on appeal filed an Anders Brief for appellant on August 8, 2014.

2. A timely Motion for Access to the Appellate Record was filed and granted.

3. Appellant recieved fourteen (14) volumes of Reporter's Record for review

4. A motion for extension of time was granted for a total of 120 days to review the record.

RECEIVED FILED
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI

MAR 03 2015

DORIAN E. RAMIREZ, CLERK
BY_____

RECEIVED

MAR 03 2015

13th COURT OF APPEALS

5. The facts relied upon to show good cause to reinstate appellant's appeal are as follows: The appellant is not a lawyer but a layman at the study of law. Appellant has diligently reviewed the Reporter's Record and has merits for appeal. Appellant would argue that the trial court abused its discretion by allowing, over objection, inadmissible hearsay testimony of Ms. Della Phillips, Mr. Aaron Kelly, Ms. Michelle Redic, and Ms. Quinteria Redic. Appellant would move that the inadmissible hearsay evidence did violate his substantial rights and thus denied him a fundamentally fair trial. Appellant would also argue that the suffiency of evidence was inadequate for the conviction of Capital murder as set forth by the charging instrument under the Jackson v. Virginia standards set forth by the Supreme Court.

## Prayer

Wherefore, Premises Considered, the appellant prays that this Honorable Court will reinstate this appeal.

Respectfully submitted,

*Gerald D. Bell*

Gerald Dee Bell, Pro Se.

TDCJ No. 1889509

Berry Telford Unit

3899 State Hwy 98

New Boston, Tx. 75570

Febuary 23, 2015

Thirteenth District Court
Clerk
901 Leopard Street, 10th Flr.
Corpus Christi, Tx. 78401

Gerald Dee Bell, Pro Se
TDCJ No. 1889509
3899 State Hwy 98
New Boston, Tx. 75570

RE: Motion for Appointment of Cansel (Pro Se) and Motion to reinstate appeal (Pro Se) Cause No. 13-13-00605-CR.

Dear Clerk:

Please file stamp and present the (2) two enclosed motions to the court. Also please provide me a notice of reciept at the above given address. If there is any other reason you need to contact me, please do so.

Thank you for your time and assistance.

Sincerely,
Gerald D. Bell
Gerald Dee Bell, Pro Se.

**FILED**
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI

MAR 0 3 2015

DORIAN E. RAMIREZ, CLERK
BY

**RECEIVED**
MAR 0 3 2015
13th COURT OF APPEALS